**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| JOHN MICHAEL BROUILLETTE, SR., | * |
| | * |
|     **Plaintiff,** | * |
| | * |
| **v.** | *  **CIVIL ACTION NO. 1:24-0060-JB-B** |
| | * |
| MICHAEL D. SHERMAN, *et al.*, | * |
| | * |
|     **Defendants.** | * |

**JUDGMENT**

In accordance with the order entered on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that this action be **DISMISSED WITHOUT PREJUDICE.**

**DONE and ORDERED** this 18th day of October, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE